UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| ALEKSEI M.,<br><br>Petitioner,<br><br>vs.<br><br>WARDEN, LAWRENCE COUNTY JAIL; FIELD OFFICE DIRECTOR, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; AND UNITED STATES ATTORNEY FOR THE DISTRICT OF SOUTH DAKOTA,<br><br>Respondents. | 5:26-CV-05030-RAL<br><br>ORDER EXTENDING TEMPORARY RESTRAINING ORDER |

On March 30, 2026, Petitioner Aleksei M. filed a Verified Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 seeking immediate release or a bond hearing and making claims of due process violations due to his ongoing detention. Doc. 1. On April 1, 2026, at 12:08 p.m., this Court entered a temporary restraining order enjoining Respondents from moving Petitioner Aleksei M. outside of South Dakota until further order of this Court, so that there is no risk that removal of Petitioner from South Dakota will deprive this Court of jurisdiction over the Petition. Doc. 4. Rule 65(b)(2) of the Federal Rules of Civil Procedure allows courts to extend a temporary restraining order for good cause or when the adverse party consents to a continuation of the order. Fed. R. Civ. P. 65(b)(2). Because the Respondents have not yet responded to the Petition and this Court has not yet issued a decision, to continue to ensure there is no risk that

1

removal of Petitioner from South Dakota will deprive this Court of jurisdiction over the Petition, for good cause, it is

ORDERED that this Court's Temporary Restraining Order, Doc. 4, is extended until 11:30 a.m. on April 29, 2026.

DATED at 11:30 a.m. on this 15th day of April, 2026.

BY THE COURT:

_____
ROBERTO A. LANGE
CHIEF JUDGE

2