UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| ALEKSEI M., | 5:26-CV-05030-RAL |
| Petitioner, | |
| vs. | ORDER TO SEAL |
| WARDEN, LAWRENCE COUNTY JAIL; FIELD OFFICE DIRECTOR, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; AND UNITED STATES ATTORNEY FOR THE DISTRICT OF SOUTH DAKOTA, | |
| Respondents. | |

Upon the motion of the Petitioner and good cause shown, it is hereby

ORDERED that the Clerk of Court update the nature of suit to restrict access to case

filings to case participants and the public terminal in the Clerk of Court office.


DATED this 22nd day of April, 2026.

BY THE COURT:

ROBERTO A. LANGE
CHIEF JUDGE